IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT GRIFFIN**                                                        **PLAINTIFF**

v.                              No. 3:18-cv-101-DPM

**UNUM LIFE INSURANCE**
**COMPANY OF AMERICA**                                      **DEFENDANT**

### JUDGMENT

The complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 September 2018